# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 24-cv-12487 <br><br> Judge Charles P. Kocoras <br><br> Magistrate Judge Laura K. McNally |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff MIILWAUKEE ELECTTRIC TOOL CORPORATION. and Defendant Nos. 33 "Komifolen Store", 49 "SunLie" and 61 "YFSJ Direct" (hereinafter "Defendants") through undersigned counsel, hereby stipulates and agrees to the voluntary dismissal of the Complaint relative to the above-referenced Defendants and the Answer and Affirmative Defenses [Dkt. No. 58] in this matter without prejudice. Each party shall bear its own attorney's fees and costs.

s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
MILWAUKEE ELECTRIC TOOL CORPORATION

Dated: July 22, 2025

s/Adam Edward Urbanczyk
Adam Edward Urbanczyk
Au LLC
444 W. Lake St.
17th Floor
Chicago, IL 60606
Ph: (312) 715-7312
E-mail: adamu@au-llc.com
Counsel for Defendant Nos. 33 "Komifolen Store", 49 "SunLie" and 61 "YFSJ Direct"

SO ORDERED:

_____
Charles P. Kocoras
United States District Judge

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Stipulation of Voluntary Dismissal without Prejudice was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 22, 2025.

                                                            s/*Michael A. Hierl*
                                                            Michael A. Hierl